# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>LON ISAACSON, et al.,<br><br>             Defendants. | No. 2:23-cv-02349-JAK (RAOx)<br><br>**ORDER RE ORDER TO SHOW CAUSE RE: SUPPLEMENTAL JURISDICTION OVER STATE-LAW CLAIMS (DKT. 10)** |

1

|  |  |
|---|---|
| 1 | In repsonse to the Order to Show Cause ("OSC") to decline supplemental |
| 2 | jurisdiction over the state-law claims, Plaintiffs have stated that they do not oppose that |
| 3 | outcome. Consequently, and for the reasons stated in the OSC, those claims are |
| 4 | **DISMISSED WITHOUT PREJUDICE**; provided, however, this order is stayed for 30 |
| 5 | days to permit Plaintiffs to refile those claims in a California Superior Court while they |
| 6 | remain pending in this action. |

**IT IS SO ORDERED.**

Dated: __April 28, 2023__   _____

John A. Kronstadt
United States District Judge

2